EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 29 2004

at ___ o'clock and ___ min. ___M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00232 DAE |
| Plaintiff, | ) | FIRST SUPERSEDING INDICTMENT |
| vs. | ) | [21 U.S.C. §§841(a)(1); 841(b)(1)(A), 846] |
| JASON CLYDE CIUFO, (01) ARTE PERREIRA, (02) | ) | |
| Defendants. | ) | |

FIRST SUPERSEDING INDICTMENT

Count 1

The Grand Jury charges that:

From a time unknown up through and including on or about June 3, 2004, in the District of Hawaii and elsewhere, Defendants JASON CLYDE CIUFO and ARTE PERREIRA and others known and unknown to the Grand Jury, did knowingly and intentionally



conspire to possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance, approximately 1459 grams, in violation of Title 21, United States Code Sections 846, 841(a)(1) and 841(b)(1)(A).

OVERT ACTS

In furtherance of this conspiracy and in order to attain the objects thereof, the following overt acts, among others, were committed in the District of Hawaii and elsewhere:

1. On or about May 28, 2004, Defendants JASON CLYDE CIUFO and ARTE PERREIRA traveled to Las Vegas, Nevada from Honolulu, Hawaii on Omni Airlines.

2. On or about June 3, 2004, Defendants JASON CLYDE CIUFO and ARTE PERREIRA obtained methamphetamine in Las Vegas, Nevada to transport to Honolulu, Hawaii for distribution.

3. On or about June 3, 2004, Defendants JASON CLYDE CIUFO and ARTE PERREIRA traveled from Las Vegas, Nevada, to Honolulu, Hawaii on Omni Airlines while transporting quantities of methamphetamine on their person.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A).

**Count 2**

The Grand Jury further charges that:

On or about June 3, 2004, in the District of Hawaii, Defendants JASON CLYDE CIUFO and ARTE PERREIRA did knowingly and intentionally possess with intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(A).

<u>SENTENCING ALLEGATIONS</u>

With respect to Counts 1 and 2 of the First Superseding Indictment with which Defendants JASON CLYDE CIUFO and ARTE PERREIRA are charged:

On or about June 3, 2004, Defendants JASON CLYDE CIUFO AND ARTE PERREIRA did knowingly and intentionally conspire to distribute and possess with intent to distribute, at least 500

//
//
//
//
//
//
//
//

grams of methamphetamine and less than 1.5 kilograms of methamphetamine, of at least 80% purity.

DATED: _July 29_, 2004 at Honolulu, Hawaii

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY


EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney


United States v. JASON CLYDE CIUFO, et al.
Cr. No. 04-00232 DAE
  "FIRST SUPERSEDING INDICTMENT"

4