IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 04-00232DAE |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | Date Filed: 01/10/06 |
| ARTE PERREIRA, | ) | |
| | ) | |
| Defendant(s). | ) | |
| _____ | ) | |

# THIS IS A SEALED DOCUMENT

ORIGINAL TO BE STORED IN A SEPARATE FILE

TITLE OF DOCUMENTS:

Defendant's Sentencing Memorandum; certificate of service [SEALED]

DOCUMENT NO.   83