# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/17/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CR 04-00232DAE

CASE NAME:         USA v. (02)Arte Perreira

ATTYS FOR PLA:     Beverly Wee Sameshima

ATTYS FOR DEFT:    (02)Donna Gray

USPO:              Malia Eversole

JUDGE:     David Alan Ezra          REPORTER:    Cynthia Fazio

DATE:      1/17/2006                TIME:        3:00pm-3:45pm

COURT ACTION:  EP: Sentencing to Counts 1 and 2 of the First Superseding Indictment as to Defendant (02)Arte Perreira.

Defendant (02)Arte Perreira present, not in custody.

Presentence Report adopted.  Sentencing recommendations heard.  Allocution by Defendant (02)Arte Perreira.

SENTENCE:

Imprisonment: 60 MONTHS, as to each of Counts 1 and 2 of the First Superseding Indictment, with all such terms to run concurrently

Supervised Release:  5 YEARS, as to each of Counts 1 and 2 of the First Superseding Indictment, with all such terms to run concurrently

CONDITIONS:

    1.    Defendant shall abide by the standard conditions of supervision.

    2.    Defendant shall not commit any crimes, federal, state, or local.

    3.    Defendant shall not possess illegal controlled substances.

4. Defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision.

5. Defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

6. Defendant shall cooperate in the collection of DNA as directed by the probation officer.

7. Defendant shall participate in a substance abuse program, which may include drug and alcohol testing at the discretion and direction of the Probation Office.

8. Defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Special Assessment: $200.00.

JUDICIAL RECOMMENDATIONS: Sheridan, OR prison camp. 500 hour drug treatment program.

Defendant advised of his right to appeal.

Mittimus is stayed until 3/6/2006.

Defendant to self-surrender @2:00 p.m. on 3/6/2006 at the facility designated by the Bureau of Prisons. The time is the time at the facility.

Current bail conditions to remain.

Submitted by: Theresa Lam, Courtroom Manager