# AMENDED MINUTES

|  |  |
|---|---|
|  | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
|  | 2/1/2006  4:30 pm |
|  | SUE BEITIA, CLERK |

CASE NUMBER:     CR 04-00232DAE

CASE NAME:     USA v. (02)Arte Perreira

ATTYS FOR PLA:

ATTYS FOR DEFT:

USPO:

---

JUDGE:     David Alan Ezra            REPORTER:

DATE:     2/1/2006                    TIME:

---

COURT ACTION:  EP:  Sentencing to Counts 1 and 2 of the First Superseding Indictment as to Defendant (02)Arte Perreira.

CONDITIONS AMENDED TO INCLUDE THE FOLLOWING CONDITION:

9.     That the defendant provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information.

Submitted by:  Theresa Lam, Courtroom Manager